UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

MARY L HOUSE,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:23-CV-159 JD

## **ORDER**

The defendant in this appeal, the Commissioner of Social Security, has filed a motion to reverse his prior decision and remand this case for further proceedings (DE 19). The plaintiff's counsel consents to the remand. In light of the parties' agreement, the Court GRANTS the motion. The Court REVERSES the Commissioner's decision and REMANDS the matter for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk is DIRECTED to prepare a judgment for the Court's approval.

Upon remand, an ALJ will offer the claimant the opportunity to attend a new hearing and will issue a new decision.

SO ORDERED.

ENTERED: January 23, 2024

                                                    /s/ JON E. DEGUILIO
                                                  Judge
                                                  United States District Court